UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNELL WAYNE TILLER,

    Plaintiff,

v.

ST. JOSEPH HOSPITAL, et al.,

    Defendants.

CASE NO. C13-6066BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is dismissed without prejudice for failure to keep the Court apprized of a current address. *See,* Local Rule 41 (b)(2).

Dated this 14th day April, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER